UNITED STATES of America,
Plaintiff—Appellee,

v.

James Anthony WILLIAMS,
Defendant—Appellant.

No. 12–6742.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 8, 2012.

Decided: June 21, 2012.

James Anthony Williams, Appellant pro se.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Williams appeals the district court's order denying his motion

for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams*, No. 6:07–cr–01207–GRA–1 (D.S.C. Apr. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*